

**Entered on Docket**
**October 15, 2010**

_____
**Hon. Michael S. McManus**
**United States Bankruptcy Judge**

MICHAEL LEHNERS, ESQ.
Nevada State Bar NO.: 3331
429 Marsh Avenue
Reno, NV 89509
Email: michaellehners@yahoo.com
Telephone : (775) 786-1695
Attorney for Secured Creditor
AMERICAN GENERAL FINANCIAL SERVICES

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

oOo

IN RE:

TIMOTHY P. DYER, and
RAMONA G. DYER,

　　　　Debtor.
_____/

CASE NO.: 10-52870
(CHAPTER 13)

HRG. DATE: 10/8/2010
AND TIME: 1:30 p.m.

## ORDER GRANTING MOTION TO DISMISS

THIS MATTER having come regularly before this court on motion filed by Secured Creditor, AMERICAN GENERAL FINANCIAL SERVICES, Michael Lehners, Esq., appearing for Secured Creditor, Sean Patterson, Esq., appearing on behalf of the Debtors; the Court having heard oral arguments on this matter, considered the pleadings and papers on file herein and good cause appearing therefore;

1

2

3    IT IS HEREBY ORDERED that the pending Chapter 13 Bankruptcy is

4   dismissed.

5

6

7

8   Submitted by:

9

10   _____
    Michael Lehners, Esq.
11   Attorney for Movant

12
    Approved as to form and content
13
    _See attached_____
14   Sean Patterson, Esq.
    Attorney for Debtors.
15

16

17

18

19                                        ###

20

21

22

23

24

25

26

27

28

IT IS HEREBY ORDERED that the pending Chapter 13 Bankruptcy is dismissed.

Submitted by:

_____
Michael Lehners, Esq.
Attorney for Movant

Approved as to form and content

_____
Sean Patterson, Esq.
Attorney for Debtors.

###